IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NURTURE INC. DBA HAPPY FAMILY ORGANICS,<br><br>　　　　　Defendant. | Case No. 2:21-cv-02207-CSB-EIL |

**NOTICE OF SETTLEMENT**

　　Plaintiff Tera Donahue hereby advises this Honorable Court she has reached an agreement in principle with Defendant Nurture Inc. dba Happy Family Organics. The parties are finalizing the settlement agreement and expect to file a dismissal within thirty days.

Dated: October 4, 2021　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350


　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Tera Donahue*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 4th day of October, 2021.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet