IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TERA DONAHUE,<br><br>                  Plaintiff,<br><br>   v.<br><br>NURTURE INC. DBA HAPPY FAMILY ORGANICS,<br><br>                  Defendant. | Case No. 2:21-cv-02207-CSB-EIL |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.    Whereas Plaintiff Tera Donahue filed the above-referenced case against Defendant Nurture Inc. dba Happy Family Organics on August 5, 2021.

2.    Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.    Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: November 5, 2021                Respectfully Submitted,

                                                      /s/ Benjamin J. Sweet
                                                  Benjamin J. Sweet
                                                  ben@nshmlaw.com
                                                  **NYE, STIRLING, HALE & MILLER, LLP**
                                                  1145 Bower Hill Road, Suite 104
                                                  Pittsburgh, Pennsylvania 15243
                                                  Phone: (412) 857-5350

                                                  *Attorneys for Plaintiff Tera Donahue*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 5th day of November, 2021.

                                                                                            */s/ Benjamin J. Sweet*
                                                                                                Benjamin J. Sweet